**Electronically Filed
Supreme Court
SCWC-17-0000919
08-MAY-2019
02:28 PM**

SCWC-17-0000919

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JR, Respondent/Plaintiff-Appellee,

vs.

IR, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000919; FC-D No. 14-1-7523)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant IR's Application for

Writ of Certiorari, filed on March 29, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 8, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

